No. D–2115. IN RE DISBARMENT OF JACKSON. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–2117. IN RE DISBARMENT OF BESSEY. Disbarment entered. [For earlier order herein, see *ante*, p. 983.]

No. D–2118. IN RE DISBARMENT OF BROWN. Disbarment entered. [For earlier order herein, see *ante*, p. 983.]

No. D–2119. IN RE DISBARMENT OF CULLEN. Disbarment entered. [For earlier order herein, see *ante*, p. 984.]

No. D–2121. IN RE DISBARMENT OF WECHSLER. Disbarment entered. [For earlier order herein, see *ante*, p. 984.]

No. D–2129. IN RE DISBARMENT OF HORN. Jerry L. Horn, of Lexington, Ky., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2130. IN RE DISBARMENT OF MALERBA. Robert F. Malerba, of Huntington, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2131. IN RE DISBARMENT OF ZEEGERS. Donna Lee Zeegers, of Manchester, Me., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2132. IN RE DISBARMENT OF GRINDLE. B. Dean Grindle, Jr., of Dahlonega, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2133. IN RE DISBARMENT OF PHILOMENA. James A. Philomena, of Canfield, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.